ACCEPTED
05-15-00900-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
9/16/2015 10:22:57 AM
LISA MATZ
CLERK

# WOLF & HENDERSON, P.C.

A Professional Corporation
*Attorneys at Law*
4309 Irving Ave., 2nd Floor
Dallas, Texas 75219

Christopher K. Chapaneri
*Attorney & Counselor*

Direct: (214) 545-5526
Main: (214) 750-1395
Facsimile: (214) 368-1395
E-mail: ckc@wolfhenderson.com

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
9/16/2015 10:22:57 AM
LISA MATZ
Clerk

September 16, 2015

*Via Texas E-File*

Lisa Matz
Clerk of the Court
Court of Appeals Fifth
District of Texas at Dallas
600 Commerce Street, Suite 200
Dallas, Texas  75202

Re:     Trial Court:     *Lower Oak Lawn Investment, L.P. v. Hi Line Restaurant, LLC, et al.*, Cause No. DC-14-10307, pending in the 162nd Judicial District Court of Dallas County, Texas.

Appellate Court: *Roger Greenfield and Ted Kasemir v. Lower Oak Lawn Investment, L.P.*, Case No. 05-15-00900 in the Texas Court of Appeals, Fifth District in Dallas, Texas.

Dear Ms. Matz:

This letter serves to confirm that payment has been made to the Dallas County District Clerk's Office ("District Clerk") for preparation and filing of the Clerk's Record in the above referenced appeal.  On September 3, 2015, we received a letter stating that the District Clerk had not received payment.

Payment was mailed prior to September 3, 2015, so there was no reason for the District Clerk to note that payment had not been made, unless payment was tied up in the mail at that time. However, I confirmed with the District Clerk's office that they have in fact received payment and filed the record on appeal on September 3, 2015.

Should you have any questions, please feel free to contract me at your earliest convenience.

Very truly yours,

Christopher K. Chapaneri

CC:    John T. Gerhart, Jr.: jgerhart@hunton.com
        Laurie G. Flood: lflood@hunton.com

        Hi Line Restaurant, LLC
        *via its registered agent*
        Corporation Services Company d/b/a CSC
        211 E. 7th Street, Suite 620
        Austin, Texas  78701